**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 98-2285

―――――――――

JERRY L. GENT,

Plaintiff - Appellant,

versus

RADFORD UNIVERSITY,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, District Judge.
(CA-98-33-L)

―――――――――

Submitted: November 5, 1998          Decided: November 18, 1998

―――――――――

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Jerry L. Gent, Appellant Pro Se. William Eugene Thro, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Gent appeals the district court's order granting the Defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(6) and dismissing his complaint filed under the Rehabilitation Act of 1973, 29 U.S.C.A. §§ 701-797b (West 1985 & Supp. 1998), the Americans with Disabilities Act of 1990, 42 U.S.C.A. §§ 12101-12213 (West 1995), and Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gent v. Radford Univ.</u>, No. CA-98-33-L (W.D. Va. Aug. 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2